UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ERIC FLEISCHER,

                         Plaintiff,                      **23-CV-1261 (JHR) (VF)**

      -against-                             **ORDER**

CITY OF NEW YORK, et al,

                        Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The parties were directed to file a status update by May 15, 2025 (ECF No. 82), and to date, they have not filed anything. The parties are therefore directed to file a joint status update by **June 2, 2025**.

      **SO ORDERED.**

DATED:    New York, New York
              May 23, 2025

                                                                                   VALERIE FIGUEREDO
                                                            United States Magistrate Judge