**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------X
ERIC FLEISCHER,

                 Plaintiff,                        **23-CV-1261 (JHR) (VF)**

      -against-                            **ORDER RESCHEDULING**
                                           **SETTLEMENT CONFERENCE**

CITY OF NEW YORK, et al,

                 Defendants.
--------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

      Pursuant to the parties' request at ECF No. 97, the settlement conference scheduled for December 15, 2025 is hereby rescheduled to **Tuesday, March 24, 2026 at 10 a.m.**, in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to prepare pre-conference submissions in accordance with Judge Figueredo's Standing Order Applicable to Settlement Conferences (located at https://www.nysd.uscourts.gov/hon-valerie-figueredo). Pre-conference submissions must be received by the Court no later than **March 17, 2026.**

      The Clerk of the Court is respectfully directed to close the motion at ECF No. 97.

      **SO ORDERED.**

DATED:     New York, New York
           December 1, 2025

                                      _____
                                      VALERIE FIGUEREDO
                                    United States Magistrate Judge