UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ERIC FLEISCHER,

                    Plaintiff,                **23-CV-1261 (JHR) (VF)**

      -against-                        **ORDER RESCHEDULING**
                                          **SETTLEMENT CONFERENCE**

CITY OF NEW YORK, et al,

                    Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The settlement conference in this matter is rescheduled for to **Wednesday, April 22, 2026 at 10 a.m.**, in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to prepare pre-conference submissions in accordance with Judge Figueredo's Standing Order Applicable to Settlement Conferences (located at https://www.nysd.uscourts.gov/hon-valerie-figueredo). Pre-conference submissions must be received by the Court no later than **April 15, 2026.**

      The Clerk of the Court is respectfully directed to close the motion at ECF No. 97.

      **SO ORDERED.**

DATED:    New York, New York
                January 27, 2026

                                                                      VALERIE FIGUEREDO
                                                                      United States Magistrate Judge